# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Magistrate #:**_____ |
| **v.** : | |
| : | |
| **MICHAEL JABAAR WILKINS,** : | |
| : | |
| **Defendant.** : | |

## STATEMENT OF OFFENSE
## IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

1. This affidavit is made in support of an application for a criminal complaint and arrest warrant charging Michael Jabaar Wilkins ("WILKINS") with violations of 18 U.S.C. § 2422(a), Coercion and Enticement, and 18 U.S.C. § 1952(a)(3), Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises.

2. The facts and information contained in this affidavit are based on my personal knowledge and experience, information obtained from federal and/or state law enforcement officers, interviews of cooperating individuals, relevant documents and/or computer files, forensic examinations, and information gained through my training and experience. This affidavit contains only information necessary to show that there is sufficient probable cause for the complaint submitted with this affidavit and does not set forth every fact known to the government.

3. Based on my training and experience, and the facts stated herein, I respectfully submit there is probable cause to believe that violations of 18 U.S.C. § 2422(a), Coercion and Enticement, and 18 U.S.C. § 1952(a)(3), Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises have been committed by WILKINS.

4. Members of the MPD and FBI CEHTTF have been actively investigating an area of Washington, DC known for street-level commercial sexual exploitation. This area stretches from the South at K Street, Northwest to the North at Rhode Island Avenue, Northwest, and from the East at 9th Street, Northwest, to the West at 14th Street Northwest (herein the "target area"). The target area is the subject of a substantial number of complaints to police between the hours of 3:30 a.m. to 8:00 a.m. by individuals residing or working in the target area. These complaints are primarily related to crimes stemming from the ongoing commercial sexual exploitation activity occurring in the target area, to include complaints of robberies, prostitution, disorderly conduct, and violent assaults.

5. **August 7, 2019 – Assault.** On August 7, 2019, at approximately 7:00 a.m., a resident of the ▮▮▮▮▮ 12th Street, Northwest observed an assault behind her home. The assault was also captured by surveillance footage. The reporting witness advised that she saw a male, whom the witness believes is a pimp, attack a female whom the witness referred to as a prostitute. The reporting witness forwarded this information and the surveillance footage to a member of MPD's Third District, who in turn provided the information to your affiant.

6. Your affiant reviewed the surveillance footage and observed a man, known to your affiant as WILKINS, physically assault a female known to engage in commercial sex acts (herein "complainant") in the target area. The video depicts WILKINS cornering the complainant in the parking pad of a home in the ▮▮▮▮▮ 12th Street Northwest. WILKINS is shown grabbing the complainant's arm as she attempts to move away from him, and striking her with an open hand. The video also shows WILKINS grabbing either side of the complainant's head and neck and shaking the complainant's head.

7. This surveillance video shows that the assault is witnessed by another man known to your affiant as Amiyr Brown (herein "BROWN"), who is standing in close proximity to WILKINS as WILKINS assaults the complainant. BROWN is also known by your affiant to frequent the target area and is believed to be a pimp involved in the commercial sexual exploitation of females. BROWN can be heard yelling at the complainant and stating that she had looked at him while she was walking around. The complainant is heard denying that she looked at BROWN, stating that she was talking to an "old trick" and that BROWN was wrong about her looking at him.[1]

8. A third man known to your affiant as Gabriel Reachmack (herein "REACHMACK") is depicted in the surveillance video walking up during this argument between BROWN and the complainant and telling WILKINS that the complainant embarrassed herself. REACHMACK states that WILKINS's "ho is in the toilet." REACHMACK then mimics flushing something down a toilet with his foot. REACHMACK additionally states that the complainant had been looking at another pimp that was not hers.

9. The surveillance video then depicts BROWN, REACHMACK, and WILKINS leaving the area in two different vehicles. They leave the complainant behind. The complainant was contacted by MPD Patrol Officers shortly after the men left.

10. **July 26, 2019 – Surveillance.** Previously, on July 26, 2019, members of the MPDC/FBI CEHTTF conducted surveillance in the target area from the hours of 3:30 a.m. until 7:30 a.m. During the course of the surveillance, the members of CEHTTF observed WILKINS

---

[1] Your affiant is aware, based upon my training and experience, that there are certain rules in place in commercial sexual exploitation relationships between pimps and the females that they are directing to engage in commercial sex acts. Based upon my training and experience, I have learned that one such common rule is that women who are working under the behest or for a certain pimp are forbidden from looking at another pimp while working on the street.

and BROWN standing in the ███████ 12th Street, Northwest with other men believed to be pimps engaged in the facilitation of commercial sexual exploitation. Additionally, the members of CEHTTF observed the complainant walking the target area during the same hours, engaging in behavior that indicates to your affiant that the complainant was engaging in commercial sex transactions. The complainant was observed standing in the target area and talking with other women believed to be engaging in commercial sex transactions.

11. The members of CEHTTF also observed some of the men seen with WILKINS leave the area with some of the women believed to be engaging in commercial sex transactions in the target area. WILKINS was observed picking up the complainant while he was driving a Cadillac Sedan, with Virginia registration ███████. WILKINS and the complainant were observed traveling out of the target area on Rhode Island Avenue, Northwest, and surveilled until they turned north on Lincoln Road, Northeast.

12. **Prostitution-Related Advertisements.** Your affiant conducted a records search of open source and law enforcement databases in an effort to determine the complainant's identity. A photograph of the complainant from a July 26, 2019 surveillance operation was uploaded to facial recognition software which led to a match. You affiant learned that the complainant was a witness to an incident in Norfolk, Virginia, on June 12, 2019, in which WILKINS suffered a gunshot wound to his groin.

13. A phone number of ███████ which is registered to T-Mobile, was identified as belonging to the complainant from an open source database search. Members of the CEHTTF searched for this phone number in a database that compiles prostitution-related advertisements and found that it was linked to six hundred and ninety-one (691) prostitution advertisements with dates ranging from February 1, 2019 to August 10, 2019. These advertisements were posted in twenty-

three cities including Virginia Beach, Chesapeake, and Norfolk, Virginia, and Washington, D.C. Among these advertisements was an advertisement for the complainant that was posted on June 12, 2019 in Norfolk, Virginia.

14.   **WILKINS's Social Media and Communications.**  A search of the social media website "Instagram" resulted in the identification of a private Instagram account named *Thereal_luckycharm*, which featured a photograph of WILKINS as the profile picture. A grand jury subpoena was issued to Instagram for subscriber information and internet protocol (IP) addresses associated with this account.

15.   Instagram provided information responsive to the subpoena that included email addresses and phone numbers registered to the user of the identified account. The phone numbers included ▮▮▮▮▮▮▮▮, which Instagram reported had been used to verify the Instagram account of *Thereal_luckycharm*.

16.   A member of the CEHTTF searched a social media account that was previously used by a known sex trafficker, but that is now being utilized by law enforcement working in an undercover capacity, to determine whether there had been any interactions between *Thereal_luckycharm* and the known trafficker who had previously owned the account. This CEHTTF officer located conversations from December 2018 between *Thereal_luckycharm* and the known trafficker in which the two engaged in banter using slang terms commonly employed by pimps engaged in commercial sexual exploitation to reinforce the culture and lifestyle of a pimp.

17. Within the messages, *Thereal_luckycharm* provided a phone number of ▇▇▇▇▇▇ to the known trafficker via Instagram Direct Message. Your affiant conducted a records search of this phone number and found that it had been identified as belonging to WILKINS on several occasions.

18. **Background and History of WILKINS.** Your affiant conducted a records search of law enforcement databases and open source databases in an attempt to identify a history of contacts that WILKINS has had with law enforcement. Your affiant found that a witness spoke to law enforcement on September 9, 2017, and advised law enforcement that he had known WILKINS since he was a child. The witness advised that WILKINS has a history of being involved in narcotics distribution, and also advised that WILKINS was a pimp. The witness reported that WILKINS had transported at least three women to Washington, D.C. to engage in prostitution from the Norfolk, Virginia area, and that he had been arrested in Virginia with one of these females. The witness advised that this information was gathered from statements made to the witness by WILKINS, and by first-hand observations the witness had made of WILKINS.

19. A search of historical contacts by law enforcement with WILKINS also revealed an arrest of WILKINS in Washington, D.C. on June 18, 2018, during the early morning hours. WILKINS was arrested after being found operating a vehicle without a permit to do so by members of MPD's Third District. The members of MPD observed WILKINS driving his car in the target area on June 18, 2018. The members of MPD also witnessed WILKINS, in his vehicle, approach women known to be engaging in commercial sex transactions and speak with them. MPD members also observed WILKINS commit a traffic offense in the target area, and conducted a traffic stop which led to his arrest for a "No Permit" Violation.

20. The MPD members who arrested WILKINS were familiar with him at the time, and were aware that he was involved in the ongoing prostitution-related activity in the target area. The MPD members therefore seized a ZTE cellular phone from WILKINS as evidence of this activity, and this device has been in the custody of MPD's Evidence Control Division since its seizure and transfer from the Third District's Property Office.

21. **August 3, 2019 – MPD Undercover Investigation.** On August 3, 2019, members of MPD's Human Trafficking Unit (HTU) were acting in an undercover capacity in the target area. One of the HTU members was working undercover posing as a prostitute. This HTU member was contacted by WILKINS while in the undercover capacity. The undercover officer reported that WILKINS, who was in the driver's seat of a conversion van, contacted her while she was in the target area. WILKINS asked the undercover officer who she worked for and why she was out on his block. The undercover advised WILKINS that it did not matter who she worked for, and asked why he was asking her. WILKINS advised the undercover that she was speaking with a pimp, and the undercover asked WILKINS if he was looking for a date. The undercover advised that WILKINS became agitated at this point, and got in the undercover officer's face. WILKINS walked away from the undercover officer, and proceeded to watch the undercover as she continued to stay on the block. The undercover officer reported that she continued to act as a prostitute and engaged in conversations with potential commercial sex customers while WILKINS watched. The undercover officer reported that she asked a customer to come back in ten minutes for a date and, once the customer left, WILKINS again approached the officer and asked why she was giving money away. The undercover advised that she did not turn any tricks for $15, and told WILKINS that, while he allowed his girls to do that, she would not. WILKINS advised the undercover at this time that he would not let his girls do so either.

22. WILKINS then asked how much money the undercover had on her, and reached for the undercover's fanny pack. The undercover swatted WILKINS's hand away and told him not to touch her. WILKINS responded by squaring up in a fighting stance with the undercover, and chest bumped her. WILKINS then told the undercover to go sit in the green van so that they could talk. The undercover advised WILKINS that she had not "chosen up"[2] and that she was not going anywhere with him. WILKINS continued to linger in the area after the exchange with the undercover, which forced the undercover to leave the area.

23. **September 10, 2019 – MPD Investigation/Complainant's Statement.** On September 10, 2019 (that is, after WILKINS's assault of the complainant on August 7), members of HTU were acting in an undercover capacity in the ▓▓▓▓ New York Avenue, Northeast due to complaints regarding prostitution activity in the area. During the course of the operation, an undercover officer contacted the complainant through an advertisement posted on a known prostitution website, which indicated that the complainant was available for commercial sexual activity. The undercover officer arranged to meet with the complainant to engage in sex acts with her in exchange for money. The undercover asked that the complainant come to the Fairfield Inn and Suites located at 2305 New York Avenue Northeast to engage in a commercial sex transaction on September 12, 2019, at 10:00 pm.

24. On September 12, 2019, at approximately 10:58 pm, members of the HTU observed the complainant being dropped off at the Fairfield Inn and Suites by an individual driving a Dodge Ram 1500 Conversion Van with Virginia Tags ▓▓▓▓. The HTU member who was acting as an undercover officer on August 3, 2019, as described above, observed the conversion van drop

---

[2] "Choosing up" is a slang term used by individuals involved in commercial sex trafficking to refer to a prostitute choosing a new pimp to work for over the pimp she was working for previously.

the complainant off, and recognized the vehicle as the same vehicle from which WILKINS approached her.

25.     Members of the HTU arrested the complainant shortly thereafter for the offense of "Solicitation of Prostitution," and transported her to the Fifth District for processing. The complainant was found to be in possession of a cellular phone which was seized as evidence. The complainant was interviewed shortly after being arrested. She initially reported that she had been dropped off at the hotel by a "date." The complainant then reported that the man who dropped her off was her pimp, and that she had only known him for approximately a month. The complainant advised that she did not know her pimp's real name, but reported that his nickname is "Lucky." The complainant further reported that she and "Lucky" had been staying at hotel rooms together.[3]

26.     Members of HTU located the green van described above shortly after the complainant was arrested and conducted a traffic stop of the vehicle, which was observed idling at a gas station for an extended period of time. WILKINS was the driver of the vehicle, and there were no other occupants in the vehicle. WILKINS agreed to a search of his vehicle. Several purses, a bulk package of Trojan condoms, and items of female clothing were located in the van. WILKINS was released from the scene at that time, and was not advised that he had been observed dropping the complainant off at the hotel – prior to the date she had arranged with the undercover law enforcement officer.

27.     **WILKINS's Communications with the Complainant.** On September 19, 2019, Magistrate Judge Meriweather of the United States District Court for the District of Columbia authorized search warrants for the phones belonging to WILKINS and the complainant. A

---

[3] The United States Attorney's Office for the District of Columbia declined to prosecute this matter on September 11, 2019.

computer forensic examiner conducted an examination of the contents of these devices, and provided a report detailing the contents of both devices to your affiant. Your affiant reviewed the reports and located numerous text messages and multimedia messages between the complainant and a person using the phone number ▓▓▓▓▓▓▓. The complainant identified this person in her telephone contacts as "Mike" or "Daddy."[4] Additionally, the user of the phone number ▓▓▓▓▓▓▓ sent a "selfie"-style photograph on August 31, 2019 to the complainant. The photograph depicted WILKINS and included a message stating "come home bitch." The communications between the complainant and the person using the phone number ▓▓▓▓▓▓▓, believed to be WILKINS, revealed that the complainant left Washington, D.C. shortly after the assault captured on the surveillance video, described above, and returned to the Norfolk, Virginia area. WILKINS and the complaint repeatedly refer to the Norfolk areas as "home" throughout their text message exchange.

28. Between mid-August 2019 and September 5, 2019, using his cellular telephone, WILKINS repeatedly attempted to persuade, induce, and coerce the complaint to travel from Norfolk, VA to Washington D.C., in order for her to engage in prostitution for his benefit. For example, on August 16, 2019, WILKINS sent a text message to the complainant which stated, "Get up baby come on down here I've been telling the my b**** coming back its prime time Friday daddy broke ass shit im hurting I need my hoe to do her hoely dutys hurry up n come see about me." On August 30, 2019, WILKINS sent the complainant a series of text messages which read: "I still hav love for u stop crying I want to make things right come on back up here with me we need eachother baby"; "Daddy gon take care of u"; and "Don't be no fool bitch stay focused

---

[4] Your affiant knows that "daddy" is a term used in the commercial sex trade by women engaging in commercial sex transactions to refer to their pimps.

10

that bitch washy washy get ur ass on the bus n let's carry on our mission bitch…". On September 3, 2019, WILKINS sent the complainant a series of texts that stated, "So why don't us come up here so we can get sum money"; "Its no need for me to wait for u cuz i know you aint coming back cuz if u was u would have been came im just ready to come back n get on my mission to get me some money my car right n find me a new bitch a strong one"; and "So get up here then lets get all the money we can get so I can grind while im home." Subsequent text exchanges on September 3 – 4, 2019 discuss the complainant traveling by bus from Norfolk, VA to Washington, D.C. Through these messages, the complainant provided WILKINS with the address of Union Station, located in Washington D.C., and informed him that she would arrive at 1:30 a.m. on the morning of September 5, 2019.  WILKINS responded to the complainant's text messages, and informed the complainant that he was at the station waiting for her.

29.     Additional text message conversations between WILKINS and the complainant were also reviewed by your affiant.  For example, a text message exchange, which occurred on September 5, 2019 at approximately 4:25 AM reads as follows:

WILKINS: Walk down 2 12

WILKINS: Move on the outskirts

Complainant:  OK what u seen police harassing[5]

30.     Based on my training and experience, and the review of the text messages in this case, your affiant believes that this conversation shows that after WILKINS picked up the complainant from Union Station in Washington, D.C., after 1:30 a.m., they traveled to the target area together.  The conversation detailed above shows WILKINS directing the complainant to

---

[5] All text abbreviations and typographical errors in quoted text appear as they do in the original evidence.

move to a different part of the target area. Your affiant knows that 12th Street, Northwest, which is at the heart of the target area, is a popular place for prostitutes to meet clients, and that the prostitutes will move to the outskirts of 12th Street, Northwest to actually arrange and engage in commercial sexual acts with clients. WILKINS also sent the following messages to the complainant, after providing direction to the complainant to move to the outskirts of the target area:

WILKINS: Walk around the loop

WILKINS: U alright bitch stay focused

31. Text messages between WILKINS and the complainant, on September 5, 2019, reveal that at approximately 6:21 p.m. on that date, WILKINS instructed the complainant, "Go head to the room bitch." The complainant later responded, "When they call IMA lower my rates just by a dub doe."[6] WILKINS replied, "Okay a bagger cant be choosy or picking they hav to accept what they give them that's not us but everything is negotiable." The complainant then texted WILKINS, at 9:05 pm, "I'm bout to date him for room…text you the room number when done daddy."

32. A phone number of ▮▮▮▮▮▮▮, which is registered to T-Mobile, was identified as belonging to the complainant from an open source database search. Members of the CEHTTF searched for this phone number in a database that compiles prostitution-related advertisements and found that it was linked to one hundred and seventy-five prostitution-related advertisements for the complainant. The advertisements were posted between September 4, 2019 and September 27,

---

[6] Based upon your affiant's training and experience, this translates roughly to, "I had to drop the price by $20 though."

2019. These advertisements were listed in the Virginia Beach and Washington, D.C. area, and use the same photographs of the complainant that were used in previous advertisements.

## CONCLUSION

33.     Based on the foregoing evidence and my training and experience, I respectfully submit that there is probable cause to believe that WILKINS knowingly attempted to persuade, induce, entice, and coerce an individual to travel in interstate and foreign commerce to engage in prostitution, and knowingly traveled in intestate and foreign commerce and used the mail and any facility in interstate and foreign commerce with the intent to otherwise promote, manage, establish, carry on and facilitate the management, establishment and carrying on of any unlawful activity, that is prostitution offenses in violation of the laws of the United States.

Respectfully submitted,

Thomas Sullivan
Detective
MPDC

Subscribed and sworn to before me on this 31st day of October, 2019

DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE